IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-30029 |
| | ) | |
| AHMED AL-KOSHI, | ) | |
| | ) | |
| Defendant. | ) | |

## BRIEF ADDRESSING VIDEOCONFERENCE SENTENCING HEARING AND AGREED MOTION TO CONTINUE

Now comes the defendant, Ahmed Al-Koshi, and responds to the Court's text order regarding a videoconference sentencing hearing as follows:

1. This case is set for a sentencing hearing on Friday, August 14, 2020 at 3:00 p.m.

2. On August 5, 2020 this court issued a text order directing the parties to file briefs stating whether they consent to having Mr. Al-Koshi's sentencing hearing conducted via videoconference.

3. On August 6, 2020 counsel for Ahmed Al-Koshi emailed with Assistant United States Attorney Tim Bass regarding the Court's text order.

4. Ahmed Al-Koshi was born and raised in Yemen. He immigrated to the United States in 1996, later becoming a naturalized United States citizen. While Mr. Al-Koshi can conduct very simple or basic conversations in English, detailed or complex conversations

such as attorney-client meetings regarding his case require an Arabic interpreter. All of his court hearings have been conducted with an Arabic interpreter. Both counsel for Mr. Al-Koshi and Assistant United States Attorney Tim Bass believe that, given the need for an Arabic interpreter, an in court, live sentencing hearing is necessary.

5. Mr. Al-Koshi's wife and children have been attempting for many years to immigrate to the United States. Since 2014, Yemen has been embroiled in a civil war that has ground most government services to a halt. This includes immigration services. Very recently Mr. Al-Koshi's wife and children were granted visas which allowed them to travel to the United States. Currently, Mr. Al-Koshi's wife and children are living in Springfield Illinois.

6. It is highly likely that Mr. Al-Koshi's wife will testify at the sentencing hearing. She will require a translator. His wife and three children (ages 22, 17 and 15) will be present at the sentencing hearing. Additionally, members of Springfield's Yemeni community will be present at the sentencing hearing. It is likely that at least one of those persons will testify regarding the employer-employee relationship in Yemeni culture. This will be important mitigation evidence given the nature of Mr. Al-Koshi's offense.

7. Mr. Al-Koshi plans to present live testimony regarding the employer-employee relationship within the Yemeni culture.

8. A videoconference sentencing hearing would not allow for the effective presentation of essential mitigating testimony.

9. Mr. Al-Koshi moves that this court continue his sentencing hearing for at least 60 days so that a live sentencing hearing can be conducted.

10. Assistant United States Attorney Tim Bass has no objection to continuing the sentencing hearing so a live sentencing hearing can be conducted, nor does he object to the proposed 60 day continuance.

11. United States Probation Officer Tom Brown, also agrees that an in court sentencing hearing is appropriate and essential for this case.

Wherefore, the Defendant, Ahmed Al-Koshi, prays this Honorable Court enter an Order continuing the sentencing hearing in the above captioned case for 60 days so that a live, in court sentencing hearing can be conducted.

>Respectfully submitted,
>Ahmed Al-Koshi - Defendant
>
>**s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com

Case No: 18-CR-30029

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 6, 2020, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Timothy Bass
Assistant United State's Attorney
318 South Sixth Street
Springfield, IL 62701-1806
217-492-4450
217-492-4512 (fax)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com