IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CR-30029 |
| ) | |
| AHMED AL-KOSHI, ) | |
| ) | |
| Defendant. ) | |

**JOINT BRIEF ADDRESSING VIDEO TELECONFERENCE SENTENCING HEARING**

Now comes the defendant, Ahmed Al-Koshi, and responds to the Court's text order regarding a videoconference sentencing hearing as follows:

1. On October 5, 2020 this court entered a text order directing the parties to file briefs stating whether they consent to having the defendant Ahmed Al-Koshi's sentencing hearing conducted via video teleconference.

2. Counsel for Ahmed Al-Koshi has conferred with Assistant United States Attorney Timothy Bass regarding this issue.

3. The parties are filing a joint brief because they agree that Ahmed Al-Koshi's sentencing hearing can effectively be conducted via videoconference.

4. Ahmed Al-Koshi's sentencing hearing is scheduled for October 20, 2020 at 1:30 p.m.

Case No: 18-CR-30029

5.      Mr. Al-Koshi is arabic speaking and requires a translator. Counsel believes a sentencing hearing can be conducted videoconference as long as a translator is available.

Wherefore, the parties agree that Mr. Al-Koshi's sentencing hearing can be conducted by videoconference.

> Respectfully submitted,
> Ahmed Al-Koshi - Defendant
>
> **s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com

Case No: 18-CR-30029

# CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2020, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Timothy Bass
Assistant United State's Attorney
318 South Sixth Street
Springfield, IL 62701-1806
217-492-4450
217-492-4512 (fax)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**s/ D. Peter Wise**
D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone: 217/522-9010
Fax: 217/522-9020
E-Mail: peter@gwspc.com